```
                  IN THE UNITED STATES BANKRUPTCY COURT
                       NORTHERN DISTRICT OF GEORGIA

IN RE: TED P. NAPPIER                                    CASE No.
       153 RISING FAWN TR.
       ROME, GA                                          R98-42684-R
                      30165-0000

                      FINAL REPORT AND ACCOUNT
                                                     SS#1 - 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
                                                     SS#2 - 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

This Case was            The Plan was                The Case was
commenced on   07/23/98  confirmed on 09/23/98       concluded on 09/24/03

THIS CASE IS PAID IN FULL.
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records are incorporated by reference in this report.

DIVIDEND TO UNSECURED CREDITORS ...  30.00 %

RECEIPTS: Amount paid to the Trustee by or for the Debtor  for  the  benefit  of
          creditors.                                                $ 11,028.75

------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS          CLAIM      PAID BY        PAID        PLAN
CREDITOR'S NAME                    AMOUNT      TRUSTEE        DIRECT   BALANCE
------------------------------------------------------------------------------
CAPITAL ONE                  U      248.39      248.39          .00        .00
CITIFINANCIAL                S    1,739.52    1,739.52          .00        .00
COLUMBUS FINANCE             U      158.60      158.60          .00        .00
FAIRWAY LENDING CORP.        S    3,218.57    3,218.57          .00        .00
FARMERS FURNITURE ROME       S    1,350.67    1,350.67          .00        .00
FIRST PREMIER BANK           U      185.81      185.81          .00        .00
GEORGIA DEPT. OF REVENUE     P       75.76       75.76          .00        .00
GEORGIA DEPT. OF REVENUE     U        7.22        7.22          .00        .00
INTERNAL REVENUE SERVICE     P         .00         .00          .00        .00
MAX RECOVERY INC.            S      113.99      113.99          .00        .00
MAX RECOVERY INC.            U       59.75       59.75          .00        .00
MAX RECOVERY INC.            U      466.32      466.32          .00        .00
ROME FINANCE                 U      194.49      194.49          .00        .00
SECURITY FINANCE             U       85.38       85.38          .00        .00
STAR JEWELERS INC.           S      659.83      659.83          .00        .00
SUNTRUST BANK                U      193.94      193.94          .00        .00
USA GROUP LOAN SERVICES      U      597.11      597.11          .00        .00
TED P.     NAPPIER                                 .00

SUMMARY OF CLAIMS ALLOWED AND PAID
------------------------------------------------------------------------------
             SECURED   PRIORITY    GENERAL         DEB REF    TOTAL
                                                           ---------TOTAL PAID
AMT. ALLOW   7082.58      75.76    2197.01             .00   9355.35     PLUS
PRIN. PAID   7082.58      75.76    2197.01             .00   9,355.35DIRECT PAY
INT. PAID        .00        .00        .00             .00        .00
```

PAGE  1 - CONTINUED ON NEXT PAGE

```
DIRECT PAY           .00           .00           .00                          .00    9355.35
--------------------------------------------------------------------------------
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
           DEBTOR'S ATTORNEY             FEE ALLOWED      FEE PAID
ROBERT S. TOOMEY, P.C.                     1,250.00       1,250.00
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

     FILING          NOTICING      TRUSTEE
     EXPENSE         EXPENSE       EXPENSE         TOTAL
     ---------       ---------     ---------       ---------
      100.00            .00         323.40          423.40
```

   WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements  of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

```
                                        _____/S_____
                                        MARY IDA TOWNSON, TRUSTEE
     Date: 12/08/03                     State Bar No. 715063
```